Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEN BARKHORDARI,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.<br><br>2:25-CV-00547-PA-SK<br><br>**Honorable Percy Anderson**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ALEN BARKHORDARI and Defendants by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety. Each party shall bear its own costs and attorneys' fees.

///

///

///

///

Stipulation to Dismiss - 1

Respectfully submitted March 5, 2025

By: <u>/s/ Todd M. Friedman</u>
Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: <u>/s/ Thomas P Quinn , Jr</u>
Thomas P Quinn , Jr
Attorney for Equifax Information Services, LLC

By: <u>/s/ Charlotte Ann Long</u>
Charlotte Ann Long
Attorney for Trans Union LLC

**Signature Certification**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for Defendants and that I have obtained their authorization to affix their electronic signature to this document.

Dated: March 5, 2025

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: <u>/s/ Todd M. Friedman</u>
Todd M. Friedman, Esq.

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On March 5, 2025, I served a true copy of the Stipulation to Dismiss on all counsel of record via the ECF Filing System:

Executed on March 5, 2025.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.
Attorney for Plaintiffs